IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RANDOLPH K. MORSE, JR.,
        Plaintiff,

v.                                                          Civil No. 3:20cv213 (DJN)

CAROLE O'NEIL, *et al.*,
        Defendants.

### MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, Plaintiff does not identify the particular constitutional right that was violated by the defendants' conduct. Accordingly, by Memorandum Order entered on June 30, 2020, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the June 30, 2020 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to

the June 30, 2020 Memorandum Order.  Accordingly, the action will be dismissed without

prejudice.

An appropriate order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to

Plaintiff.

_____ /s/ _____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 4, 2020